ELIAS C. BENEDICT et al., Respondents, *v.* GUARDIAN TRUST COMPANY, Appellant.

*Benedict* v. *Guardian Trust Co.,* 91 App. Div. 103, affirmed.
(Argued January 30, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first ·judicial department, entered February 19, 1904, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

*Joseph Kling* and *William M. Ivins* for appellant.

*Edwin T. Rice* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT and VANN, JJ. Taking no part : WERNER, J.

---

ALBERT SIMAR, Respondent, *v.* JOHN L. SHEA, Appellant, Impleaded with Another.

*Simar* v. *Shea,* 89 App. Div. 84, affirmed.
(Argued January 31, 1905; decided February 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 15, 1904, affirming a judgment in favor of plaintiff entered upon a verdict.

*William H. Blymyer* for appellant.

*William L. Mathot* and *J. Du Pratt White* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.